**Order issued November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-15-00184-CR
_____

### VICTOR RENARD BROWN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Fillmore, Myers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the August 9, 2015 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Victor Renard Brown, TDCJ No. 01977507, Bradshaw Unit, P.O. Box 9000, Henderson, Texas, 75653-9000.


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE